No. 78–1335. VILLAGE OF SCHAUMBURG v. CITIZENS FOR A BETTER ENVIRONMENT ET AL. C. A. 7th Cir. [Certiorari granted, 441 U. S. 922.] Motions for leave to file briefs as *amici curiae* filed by the following were granted: Coalition of National Voluntary Organizations et al., Los Angeles Council of National Voluntary Health Agencies, National Council of Churches of Christ in the U. S. A. et al., Holy Spirit Association for the Unification of World Christianity, National Committee for Responsive Philanthropy et al., and American Federation of Labor & Congress of Industrial Organizations.

No. 78–1513. UNITED STATES v. CLARK, GUARDIAN. Ct. Cl. [Probable jurisdiction postponed, 441 U. S. 960.] Motion of Barbara Jenkins for leave to file a brief as *amicus curiae* granted.

No. 78–1902. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO v. CONSOLIDATED EXPRESS, INC., ET AL.;
No. 78–1905. NEW YORK SHIPPING ASSN., INC., ET AL. v. CONSOLIDATED EXPRESS, INC., ET AL.;
No. 79–221. CONSOLIDATED EXPRESS, INC., ET AL. v. NEW YORK SHIPPING ASSN., INC., ET AL. C. A. 3d Cir.; and
No. 79–73. ADELAIDE SHIPPING LINES, LTD., ET AL. v. SUNKIST GROWERS, INC. C. A. 9th Cir. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 79–5204. RAITPORT v. PROVIDENT NATIONAL BANK. Motion for leave to file petition for writ of mandamus denied.

No. 79–243. RICHMOND NEWSPAPERS, INC., ET AL. v. VIRGINIA ET AL. Appeal from Sup. Ct. Va. Further consideration of question of jurisdiction postponed to hearing of case on the merits.